UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Dion Joyner,

Plaintiff(s)

VS.

ZenResolve, LLC

Defendant(s)

Court No.: 2:23-cv-00159-RGK-AS

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, __TRENT MENNENGA__, being first duly sworn on oath depose and state as follows:
I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465. Following are the results of my efforts to serve summons in the above captioned case:

Type of Process: Summons in a Civil Action, Standing Order Regarding Newly Assigned Cases, Civil Cover Sheet, Certification and Notice of Interested Parties, Notice of Parties of Court-Directed ADR Program, Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR), Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, and Plaintiff Dion Joyner's Complaint for Damages under the Fair Debt Collection Practices Act, Rosenthal Fair Debt Collection Practices Act, and Other Equitable Relief

Defendant to be served: ZenResolve, LLC

I SERVED/NON-SERVED the within named defendant on: 01/13/2023 @ 1:32PM AM/**PM**

ADDRESS WHERE ATTEMPTED OR SERVED: c/o CT Corporation System
3800 North Central Avenue Suite 460, Phoenix, AZ, 85012

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 40YO+- Gender **M** F Race CAUCASIAN Height 5'11"+- Weight 155LBS+- Hair BALD Glasses Y **N**

____ INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

____ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with: _____,
(Relationship): _____, a family member or person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

✓ CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with STEFAN ANDREWS, (Title) CLERK, a person authorized to accept service and informed that person of the contents thereof.

____ POSTED

____ NON-SERVICE for the reason that after diligent investigation found

_____

MILITARY _____
Additional Comments

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 01 / 17 / 2023

_Samantha Potter_
Notary Public

Signature of Process Server

TRENTON MENNENGA
Printed Name of Process Server



SAMANTHA POTTER
NOTARY PUBLIC - ARIZONA
Maricopa County
Commission # 589125
My Comm. Exp. October 3, 2024

886479_4146222_0_26_V3

Page 1 of 1

File Number: 1LP011223
Reference Number: 4146222
Case Number: 2:23-cv-00159-RGK-AS
Client: Litigation Practice Group
Doc Generated: 01/12/2023 03:05:00:030 PM

Civil Action No. 2:23-cv-00159-RGK-ASx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ZENRESOLVE LLC C/O CT CORPORATION SYSTEM

was received by me on *(date)* 1/12/23 .

☐ I personally served the summons on the individual at *(place)* 3800 N. CENTRAL AVE. STE 460, PHOENIX, AZ 85012 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* STEFAN ANDREWS, CLERK , who is designated by law to accept service of process on behalf of *(name of organization)* ZENRESOLVE LLC C/O CT CORPORATION SYSTEM on *(date)* 01/13/2023 @ 1:32 PM ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/17/2023

*Server's signature*

TRENTON MENNENGA Certified Process Server
MARICOPA County License #: 8792
*Printed name and title*

1837 S. MESA DR., #C102, MESA, AZ 85210
*Server's address*

Additional information regarding attempted service, etc:
Sex: Male   Color of skin: Caucasian   Color of hair: Bald   Glasses: No
Age: 40YO+-   Height: 5'11"+-   Weight: 155LBS+-   Other Features:

Documents For Service
SUMMONS IN A CIVIL ACTION; STANDING ORDER REGARDING NEWLY ASSIGNED CASES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES, COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; PLAINTIFF DION JOYNER'S COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF, DEMAND FOR JURY TRIAL

39269