Anthony P. Diehl, Esq. (SBN: 342160)
adiehl@lpglaw.com
Litigation Practice Group
17542 17th St Suite 100
Tustin, CA 92780
Tel: (949) 715-0644
Fax: (949) 315-4332

*Attorney for Plaintiff*
*Dion Joyner*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Dion Joyner,<br><br>        Plaintiff,<br><br>v.<br><br>ZenResolve, LLC<br><br>        Defendant. | Case No.: 2:23−cv−00159 RGK-AS<br><br>**PLAINTIFF DION JOYNER'S NOTICE OF SETTLEMENT** |

   Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 30 days.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| Date: February 3, 2023 | By: /s/ Anthony P. Diehl<br>         Anthony Diehl, Esq. |

COMPLAINT - 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail and electronic mail on February 03, 2023:

  ZenResolve, LLC.
c/o CT Corporation System
3800 North Central Avenue Suite 460,
Phoenix, AZ 85012

Jasmine Dahlstrom
jasmine.dahlstrom@soaren.io
Attorney for Defendant

By: /s/ Anthony P. Diehl
      Anthony Diehl, Esq.